**Defendant #1 Jamie Campbell Baker**

**IP:** 24.176.46.35
**ISP:** Charter Communications
**Location:** Kalamazoo, MI

| Title | Hash | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|---|
| Gangbanged | 8F7C963137369F5A874A32E468C1D432DAF0B859 | 03/26/2011 | 06/03/2011 | 07/27/2011 02:10 |
| Anal Students | 2444E159640E9F3EF542ECA28DFC9A29DA7A07D4 | 01/17/2012 | 02/03/2012 | 02/14/2012 15:31 |
| Performers of the Year 2012 | DDD535C0C54E46380D01DE38C02F3CB7DE8CEECB | 01/11/2012 | 02/03/2012 | 02/14/2012 22:52 |
| Best New Starlets 2012 | 58046BCCA813271DCC68D7BA6F52B65888614C71 | 12/27/2011 | 01/26/2012 | 05/16/2012 13:51 |
| Busty Construction Girls | FB9554382F176C383BD70156FDC35D99EA14ADE1 | 04/27/2012 | 05/02/2012 | 05/16/2012 21:10 |

**Total Statutory Copyright Infringements for Defendant #1 Jamie Campbell Baker: 5**

EXHIBIT A